

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Dennis C. Carletta*  *970 Broad Street, Suite 700*  *(973)297-2767*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

October 9, 2017

The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  United States v. Shahjadi Parvin
     Crim. No. 17-268 (MCA)

Dear Judge Arleo:

    The United States respectfully submits this letter to confirm its submission of a sentencing letter to the Court on October 9, 2017, in the above-captioned matter.

        Respectfully,

        WILLIAM E. FITZPATRICK
        Acting United States Attorney


        /s/ *Dennis C. Carletta*
        By:  Dennis C. Carletta
        Assistant United States Attorney